UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 25-13160 |
| v. | : | |
| RAEKWON ALLEN | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that the United States, has reassigned the above-captioned matter to Sean Nadel (Sean.Nadel@usdoj.gov), Assistant United States Attorney, in substitution for Michelle L. Goldman, Assistant United States Attorney, who previously appeared in this matter.

TODD W. BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

/s/ *Sean Nadel*

By: SEAN NADEL
Assistant United States Attorney

Dated: August 12, 2025